IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HOWARD GRADY,

    Plaintiff,

v.

BONNIE HELLEHUMEUR,
JEFF KUYAWA and STEVE NIELSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-136-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff's failure to state a claim upon which relief may be granted.

_____      _____
Peter Oppeneer, Clerk of Court                        Date

6/12/2012